JOHN MOCK *v.* COMMISSIONER OF CORRECTION

The petitioner John Mock's petition for certification for appeal from the Appellate Court, 115 Conn. App. 99 (AC 29122), is denied.

*Kenneth Paul Fox*, special public defender, in support of the petition.

*Richard K. Greenalch, Jr.*, special deputy assistant state's attorney, in opposition.

Decided September 17, 2009

RONALD LABOW ET AL. *v.* MYRNA LABOW ET AL.*

The named defendant's petition for certification for appeal from the Appellate Court, 115 Conn. App. 419 (AC 29217), is denied.

ROGERS, C. J., and VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Richard W. Callahan*, in support of the petition.

*Stewart I. Edelstein* and *Barbara M. Schellenberg*, in opposition.

Decided September 17, 2009

* The defendant's motion for reconsideration was granted on February 25, 2010.